## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Dianne Glovatsky, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Petro-Hunt, L.L.C., | ) | |
| | ) | Case No. 4:12-cv-013 |
| Defendant. | ) | |

On July 3, 2012, the parties filed a Stipulation of Dismissal with Prejudice.  The court

**ADOPTS** the parties' stipulation (Docket No. 12) and **ORDERS** that the above-entitled action

be dismissed with prejudice and without costs to either party.

Dated this 10th day of July, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge